VALENTINE COON *versus* ALEXANDER McARTHUR. 

JOURNAL ENTRIES (1836): *Journal 5:* (1) Motion for rule for return to certiorari or to show cause against attachment *p. 143; (2) rule to make return or to show cause *p. 145.

PAPERS IN FILE: (1) Affidavit and petition for certiorari and supersedeas, allocatur; (2) bond for certiorari; (3) writ of certiorari and copy of affidavit; (4) return to certiorari; (5) motion for rule to make "a full and explicit return" or to show cause against attachment; (6) copy of rule to make return and proof of service.

*1824–36 Calendar,* MS p. 258 [a].

 LYDIA KNOWLTON *versus* BENJAMIN KNOWLTON. 

JOURNAL ENTRIES (1836): *Journal 5:* (1) Decree *p. 144.

PAPERS IN FILE: [None]